UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIXING SHEN, | ) CASE NO.   07cv829-L (NLS) |
| Petitioner, | ) **SCHEDULING ORDER** |
| v. | ) |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of U.S. Citizen and Immigration Services; ROBERT S. MULLER, Director of Federal Bureau of Investigation, | ) ) ) ) ) ) |
| Respondents. | ) |

On May 8, 2007, Petitioner, proceeding *pro se*, filed a pleading styled as Plaintiff's Original Complaint for Writ in the Nature of Mandamus & Declaratory Judgment based on Respondents' alleged delayed processing of his I-485 application to register permanent resident status or adjust status ("Writ"). Having reviewed the Writ and good cause appearing, **IT IS HEREBY ORDERED** as follows:

1. Respondents shall file and serve a responsive memorandum not later than **July 9, 2007**. The response shall include any and all documents, including affidavits, if any, relevant to the determination of the issues raised by the Writ.

2. If Petitioner wishes to reply to Respondents' responsive memorandum, a reply must be

filed not later than **July 23, 2007** together with any documents, including affidavits, if any, relevant to the determination of the issues raised by the Writ.

  3. Upon the filing of the foregoing, the parties shall await the further order of this Court.

  4. The Clerk of Court shall serve a copy of the Writ together with a copy of this Order on the United States Attorney or an authorized representative at 880 Front Street, Room 6293, San Diego, CA 92101.

**IT IS SO ORDERED.**

DATED: May 14, 2007

                 _____
                 M. James Lorenz
                 United States District Court Judge

COPY TO:

Hon. Nita L. Stormes,
United States Magistrate Judge

U.S. Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101

Petitioner, *pro se*