# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIXING SHEN,<br><br>                Plaintiff,<br>    v.<br><br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security, EMILIO GONZALEZ, Director of the U.S. Citizenship and Immigration Services; and ROBERT S. MUELLER, Director, Federal Bureau of Investigation,<br><br>                Defendants. | Case No. 07cv0829 L (NLS)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE<br><br>[Docket No. 9] |

Having considered the parties' Joint Motion to Dismiss Complaint with Prejudice (Docket No. 9) and finding the joint motion meritorious, the Court GRANTS the motion and ORDERS that Plaintiff's Complaint be **DISMISSED WITH PREJUDICE**. All pending motions are denied as moot. Each party shall bear its own costs.

**It is so ordered.**

DATED: October 30, 2007

                                                        M. James Lorenz<br>
                                                        United States District Court Judge